MATTHEW F. QUINN, Respondent, *v.* JOSEPH L. SIGRETTO, Appellant.

(Submitted March 17, 1930; decided March 25, 1930.)

*Joseph A. Fagnant* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.